**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Genessis Ortega Ortiz**

v. Case No. 26-cv-715-PB-TSM

**ICE Boston Field Office, Director, et al.**

# ORDER

After I ordered the government to afford Ortega Ortiz a bond hearing under 8 U.S.C. § 1226(a), see Doc. 7, the government represented that Ortega Ortiz had been afforded a bond hearing on September 28, 2026, Doc. 9. On September 29, 2026, I ordered Ortega Ortiz to show cause within seven days why her petition should not be dismissed. Doc. 10. On October 6, 2026, Ortega Ortiz then filed a motion to enforce this Court's order requiring the government to afford a bond hearing, arguing that the bond hearing held by the immigration court did not comply with the requirements imposed by my order and by the Constitution. Doc. 11. The government shall respond to Ortega Ortiz's motion to enforce this Court's order within seven days. The government shall also file with this Court a transcript or tape of the bond

hearing held by the immigration court, as well as any exhibits produced at the bond hearing, within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

October 7, 2026

cc: Counsel of Record